# United States District Court

**DISTRICT OF** Guam

UNITED STATES OF AMERICA

V.

JI SUNG SHIN aka JAMES SHIN

**WARRANT FOR ARREST**

CASE NUMBER: CR-01-00083-002

To: The United States Marshal
and any Authorized United States Officer

**FILED**
DISTRICT COURT OF GUAM
DEC 16 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY COMMANDED to arrest ___JI SUNG SHIN aka JAMES SHIN___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

21:841(a)(1) & 18:2 - DISTRIBUTION OF CRYSTAL METAMPHETAMINE aka "Ice" (COUNT 1)
21:841(a) & 846 - CONSPIRACY TO DISTRIBUTE CRYSTAL METHAMPHETAMINE aka "Ice"
  and POSSESSION WITH INTENT TO DISTRIBUTE CRYSTAL METHAMPHETAMINE aka "Ice" (COUNT 2)
21:841(a) & 846 & 18:2 - AIDING AND ABETTING AN ATTEMPT TO POSSESS CRYSTAL METHAMPHETAMINE
  aka "Ice" WITH INTENT TO DISTRIBUTE (COUNTS 3 & 4)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature] Marilyn B. Alcon* | August 22, 2001; Hagatna, Guam |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ **NONE**  by  **HONORABLE JAMES M. FITZGERALD**
Name of Judicial Officer

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___LAX, Los Angeles, CA___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Karen Lewis Strand, FBI, SA | Karen L. Strand (for FBI, LA) |
| DATE OF ARREST | | |
| 11-18-05 | per USMS | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____JI SUNG SHIN aka JAMES SHIN_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: Male ☐ Female ☐ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____