

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

December 28, 2005

Clerk, United States District Court
District of Guam
520 West Soledad Avenue, 4th Floor
Hagatna, GU 96910-4950

**FILED**
DISTRICT COURT OF GUAM
3 qP
JAN 0 2 2006 qP
MARY L.M. MORAN
CLERK OF COURT

Re: Transfer to U.S. Magistrate Judge

Case No. CR-01-00083-002 (Our Case No. 05-2376M)

Case Title: USA v Ji Sung Shin

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☐ Other _____

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By _Vanessa Del Rio_
Deputy Clerk 213-894-5297

cc: *U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
_____ .

Clerk, U.S. District Court

_____   By _____
Date                              Deputy Clerk

Case 1:01-cr-00083   Document 46   Filed 01/03/2006   Page 1 of 19

CR-48 (01/01)                LETTER RE: RULE 40 - TRANSFER OUT

```
                                                              TERMED
               U.S. District Court
        Central District of California (Western Div.)

         CRIMINAL DOCKET FOR CASE #: 05-M -2376-ALL

USA v. Shin                                          Filed: 11/21/05
Dkt# in other court: None

Case Assigned to:    Unassigned

JI SUNG SHIN (1)              Vincent S Kim
aka                           [COR LD NTC ret]
James Shin                    Vincent S Kim Law Office
     defendant                3055 Wilshire Boulevard
  [term  12/28/05]            Suite 860
                              Los Angeles, CA 90010
                              213-383-3888
```

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints                         Disposition

Defendant in violation of          Defendant held to answer to the
21:841                             District of Guam at
                                   Hagatna.
                                   (-1)

U. S. Attorneys:

   NONE

I hereby attest and certify on 12/28/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK                    (1101)

Docket as of December 28, 2005 4:09 pm              Page 1

| Date | # | Entry |
|---|---|---|
| 11/21/05 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Ji Sung Shin arrested on 11/18/05. Defendant's date of birth: 1962. (step) [Entry date 11/25/05] |
| 11/21/05 | 1 | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Ji Sung Shin, originating in the USDC, GUAM District of , at HAGATNA. Defendant charged in violation of: 21:841. Signed by agent Sasha Dukic FBI. (step) [Entry date 11/25/05] |
| 11/21/05 | 3 | DEFENDANT Ji Sung Shin arrested on warrant issued from USDC, District of GUAM at HAGATNA. (step) [Entry date 11/25/05] |
| 11/21/05 | 4 | NOTICE OF REQUEST FOR DETENTION filed by USA as to Ji Sung Shin. (step) [Entry date 11/25/05] |
| 11/21/05 | 5 | ORDER OF DETENTION by Magistrate Judge Paul L. Abrams as to Ji Sung Shin. (cc: all counsel) (step) [Entry date 11/25/05] |
| 11/21/05 | 6 | WAIVER OF RULE 40 HEARINGS filed by Ji Sung Shin, waiving identity hearing, have a preliminary examination; having an identity hearing and have been informed of no right to a preliminary examination. (step) [Entry date 11/25/05] |
| 11/21/05 | 7 | MINUTES OF ARREST ON O/D WARRANT held before Magistrate Judge Paul L. Abrams as to Ji Sung Shin: Defendant arraigned and states true name as charged. Ji Sung Shin (1) count(s) cmp arraigned and states true name as charged. Retained Attorney Vincent Kim present. First appearance of Ji Sung Shin entered. Court orders Ji Sun Shin permanently detained. Further proceedings and arrival of process hearing set for 9:00 am, 12/6/05 for Ji Sung Shin. Defendant committed to the cutody of the U.S. Marshal. Tape No.: 05-27. (step) [Entry date 11/25/05] |
| 12/6/05 | 8 | MINUTES OF ARRIVAL PROCESS HEARING before Magistrate Judge Paul L. Abrams as to Ji Sung Shin. Rule 20 hearing continued to 9:00AM on 12/13/05. Arrival of process hearing satisfied. Tape No.: 05-30 (vdr) [Entry date 12/07/05] |
| 12/13/05 | 9 | MINUTES OF ARRIVAL PROCESS HEARING before Magistrate Judge Paul L. Abrams as to Ji Sung Shin. Further proceedings set for 9:30AM on 12/28/05. Tape No.: 05-32/0-238 (vdr) [Entry date 12/14/05] |
| 12/28/05 | 10 | MINUTES OF ARRIVAL PROCESS HEARING before Magistrate Judge Paul L. Abrams as to Ji Sung Shin: Process Received. Court orders Ji Sung Shin held to answer to USDC, District of Guam at Hagatna. Tape No.: 05-33 (vdr) [Entry date 12/28/05] |

| | | |
|---|---|---|
| 12/28/05 | 11 | FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge Paul L. Abrams as to Ji Sung Shin, to USDC, District of Guam at Hagatna. (vdr) [Entry date 12/28/05] |

| Name & Address | | FILED<br>CLERK, U.S. DISTRICT COURT |
|---|---|---|

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 05-2376-M |
| v. | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| Ji Sung Shin | District of __Guam__ |
| | At __Hagatna__ |
| | *(City)* |
| DEFENDANT(S). | |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☒ an indictment by a Grand Jury
- ☐ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that

on or about __1999__, in the District of Origin, the defendant did:

__Distribute Methamphetamine__

in violation of Title(s) __21__, U.S.C., Section(s) __841__

I hereby attest and certify on 12/29/05 __ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By: __/s/__
DEPUTY CLERK
(1101)

The defendant has now:
- ☒ duly waived identity hearing before me on __11-21-05__
- ☐ duly waived preliminary examination before me on _____
- ☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☐ No bail has been set.
  - ☐ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

__December 28, 2005__                    __/s/ Paul L. Abrams__
Date                                      United States Magistrate Judge

================================================================================
## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| Date | Deputy |
|---|---|

M-15 (08/99)                FINAL COMMITMENT AND WARRANT OF REMOVAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RECORD OF PROCEEDINGS

CASE NO. 05-2376-M  TAPE NO. 05-33  DATE: 12/28/05

PRESENT, THE HONORABLE **Paul L Abrams**, U.S. MAGISTRATE JUDGE

D Matz — Deputy Clerk
Joseph Akrotirianakis — Assistant U.S. Attorney
Young Park, Korean — Interpreter

USA v. **Ji Sung Shin**
✓ Present  ✓ Custody  __ Bond  __ Not present

ATTORNEYS PRESENT FOR DEFENDANTS: **Vincent Kim**
✓ Present  __ CJA  ✓ Retd  __ DFPD  __ Not present

**PROCEEDINGS:** ✓ ARRIVAL OF PROCESS / FAILURE TO APPEAR HEARING

- [✓] Process ✓ received.  ☐ not received.
- [ ] Court ordered case continued to _____ at _____ a.m./p.m. for _____. Other _____
- [ ] Defendant executes waiver of removal hearing and is ordered **HELD TO ANSWER** to the U.S. DISTRICT COURT, _____ District of _____ at _____
- [✓] Court orders U.S. Marshal to return the defendant to the U.S. DISTRICT COURT _____ District of **Guam** at **Hagatna** no later than **forthwith**.
- [✓] Final Commitment and Warrant of Removal to issue.
- [ ] Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. DISTRICT COURT at **LOS ANGELES**.
- [ ] Court orders defendant to appear in the District of Origin no later than _____, 19__
- [ ] Bond to be transferred.
- [ ] Other _____

I hereby attest and certify on 12/29/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

(1101)

**PROCEEDINGS: IDENTITY OR REMOVAL HEARING**

- [ ] Witnesses are called, sworn and testify - see separate witness list.
- [ ] Exhibits are marked and admitted - see separate exhibit list.

**RULING:**

- [ ] Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information ☐ Bench Warrant and ORDERS the defendant **HELD TO ANSWER** to the U.S. DISTRICT COURT, _____ District of _____ at _____.
- [ ] Court finds ☐ probable cause ☐ no probable cause to order the return of the defendant to the originating district and ORDERS proceedings terminated in this district.
- [ ] Defendant is ordered released ☐ **FORTHWITH.** Release Order No. _____ issued.
- [ ] Court ORDERS the U.S. Marshal to return the defendant to U.S. DISTRICT COURT, _____ District of _____ at _____ no later than _____.
- [ ] Final Commitment and Warrant of Removal to issue.
- [ ] Court orders defendant to appear in the District of Origin no later than _____, 19__
- [ ] Bond to be transferred.
- [ ] Other _____

cc: Blue copy - AUSA    Yellow copy - Defendant    Pink copy - PSA

M-50 (6/98)    RECORD OF PROCEEDINGS - ARRIVAL OF PROCESS / FAIL TO APPEAR - ID HEARING

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. 05-2376M  Tape No. 05-32/0-238  Date: 12/13/05

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Christianna Howard — Deputy Clerk
Joseph Akrotirianakis — Assistant U.S. Attorney
Korean — Interpreter

USA v. Ji Sung Shin
☒ Present ☒ Custody ☐ Bond ☐ Not present

Attorney Present for Defendant: Vincent Kim
☒ Present ☐ CJA ☒ Retd ☐ DFPD ☐ Not present

**PROCEEDINGS: ARRIVAL OF PROCESS / FAILURE TO APPEAR HEARING**

☐ Process ☐ received ☐ not received
☒ Court orders case continued to December 28, 2005 at 9:30 ☒ a.m. / ☐ p.m. for Further Proceedings, before Judge Abrams.
☐ Defendant executes waiver of removal hearing and is ordered **HELD TO ANSWER** to the U.S. District Court, _____ District of _____ at _____
☐ Court orders U.S. Marshal to return the defendant to the U. S. District Court _____ District of _____ at _____
☐ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____, 20___.
☐ Bond to be transferred if bail is posted.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court at **LOS ANGELES**.
☐ Other: _____

I hereby attest and certify on 12/20/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Wilkis
DEPUTY CLERK

**PROCEEDINGS: IDENTITY OR REMOVAL HEARING**

☐ Witness(es) called, sworn and testified - see separate witness list.
☐ Exhibits are marked and admitted - see separate exhibit list.

**RULING:**

☐ Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information ☐ Complaint and ORDERS the defendant **HELD TO ANSWER** to the U.S. District Court, _____ District of _____ at _____
☐ Court finds ☐ probable cause ☐ no probable cause and orders the defendant returned to the originating district and ORDERS proceedings terminated in this district.
☐ Court ORDERS the U.S. Marshal to return the defendant to U.S. District Court, _____ District of _____ at _____.
☐ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____, 20___.
☐ Bond to be transferred if bail is posted.
☐ Other: _____

DEC 14 2005

cc: Blue copy - AUSA    Yellow copy - Defendant    Pink copy - PSA

M-50 (02/01)  RECORD OF PROCEEDINGS - ARRIVAL OF PROCESS/ FAILURE TO APPEAR - I.D. HEARING

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. **05-2376m**  Tape No. **05-30**  Date: **12/6/05**

Present: The Honorable **Paul L. Abrams**, U.S. Magistrate Judge

**Christianna Howard**  **Charles Kovats**  **Korean**
Deputy Clerk  Assistant U.S. Attorney  Interpreter

USA v. **Ji Sung Shin**
☒ Present ☒ Custody ☐ Bond ☐ Not present

Attorney Present for Defendant: **Vincent Kim**
☒ Present ☐ CJA ☒ Retd ☐ DFPD ☐ Not present

**PROCEEDINGS: ARRIVAL OF PROCESS / FAILURE TO APPEAR HEARING**
☐ Process ☐ received ☐ not received
☒ Court orders case continued to **12/13/05** at **9** ☒ a.m. / ☐ p.m. for **Rule 20 further proceedings**.

☐ Defendant executes waiver of removal hearing and is ordered **HELD TO ANSWER** to the U.S. District Court, _____ District of _____ at _____

☐ Court orders U.S. Marshal to return the defendant to the U. S. District Court _____ District of _____ at _____

☐ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____, 20____.
☐ Bond to be transferred if bail is posted.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court at **LOS ANGELES**.
☐ Other: _____

I hereby attest and certify on 12/29/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK
(1101)

**PROCEEDINGS: IDENTITY OR REMOVAL HEARING**
☐ Witness(es) called, sworn and testified - see separate witness list.
☐ Exhibits are marked and admitted - see separate exhibit list.

**RULING:**
☐ Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information
  ☐ Complaint and ORDERS the defendant **HELD TO ANSWER** to the U.S. District Court, _____ District of _____ at _____
☐ Court finds ☐ probable cause ☐ no probable cause and orders the defendant returned to the originating district and ORDERS proceedings terminated in this district.
☐ Court ORDERS the U.S. Marshal to return the defendant to U.S. District Court, _____ District of _____ at _____.
☐ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____, 20____.
☐ Bond to be transferred if bail is posted.
☐ Other: _____

cc: Blue copy - AUSA  Yellow copy - Defendant  Pink copy - PSA

M-50 (02/01)  RECORD OF PROCEEDINGS - ARRIVAL OF PROCESS/ FAILURE TO APPEAR - I.D. HEARING

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 05-2376M |
|---|---|
| v. J. Sung-Shin DEFENDANT. | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |

I understand that charges are pending in the _____ District of **Guam** alleging violation of **21 USC § 841(a)(1)**
(Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

*-Check one only-*

☑ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑ have an identity hearing
☐ receive a copy of the charges(s) against me
☑ have a preliminary examination
☑ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

Attest and certify on 12/7/05
the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Date _____ DEPUTY CLERK

(1101)

Defendant
Defense Counsel
United States Magistrate Judge  NOV 25 2005

M-14 (03/03)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA | ) No. 05-2376M |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION** |
| JI SUNG SHIN, | ) |
| Defendant. | ) |

I.

A. (X) On motion of the Government involving an alleged:

    1.    ( ) crime of violence.

    2.    ( ) offense with maximum sentence of life imprisonment or death.

    3.    (X) narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.    ( ) felony - where defendant was convicted of two or more prior offenses described above.

B. ( ) On motion by the Government/ ( ) the court's own motion, in a case allegedly involving:

( ) The further allegation by the Government of:

1. (x) a serious risk defendant will flee.
2. ( ) a serious risk defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government (x) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A. the nature and circumstances of the offense(s);

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel.

## IV.

A. The court finds that no condition or combination of conditions will reasonably assure:
   1. (x) the appearance of defendant as required.
      ( ) and/or
   2. (x) the safety of any person or the community.

B. The court bases the foregoing finding(s) on the following:
   1. (x) Flight Risk: The history and characteristics indicate a serious risk that defendant will flee because: _Employment in Korea, ties to Korea; no bail resources here_
   2. (x) Danger: Defendant poses a risk to the safety of other persons or the community because: _nature of charges_

3. (X) See also Pretrial Services Report/Memorandum.
4. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

V.

A. The court finds that a serious risk exists that defendant will:
1. ( ) obstruct or attempt to obstruct justice.
2. ( ) threaten, injure or intimidate a witness/juror.
3. ( ) attempt to threaten, injure or intimidate a witness/juror.

B. The court bases the foregoing finding(s) on the following:

_____

( ) See also Pretrial Services Report/Memorandum.

VI.

A. IT IS ORDERED, without prejudice, that defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

C. IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his/her counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 11/21/05

PAUL L. ABRAMS
United States Magistrate Judge

DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Chief, Criminal Division
Assistant United States Attorney
JULIE J. SHEMITZ (Cal. SBN: 224093)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 05-2376 M |
|---|---|
| Plaintiff, | ) |
| | ) GOVERNMENT'S NOTICE OF REQUEST |
| v. | ) FOR DETENTION |
| Ji Sung Shin | ) |
| Defendant. | ) |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

1. <u>Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds</u>:

    ____ a. offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

    ____ b. alien not lawfully admitted for permanent residence;

    ____ c. flight risk;

d.  danger to community.
  ✓   2.  <u>Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure against</u>:
      ✓   a.  danger to any other person or the community;
      ✓   b.  flight.
  ___  3.  <u>Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:
          a.  Defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;
          b.  Defendant cannot establish by clear and convincing evidence that he/she will not flee.
  ✓   4.  <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e))</u>:
      ✓   a.  Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);
          b.  offense under 18 U.S.C. § 924(c) (firearm used/carried/possessed during/in relation to/in furtherance of crime), § 956(a), or § 2332b (presumption of danger to community and flight risk);
          c.  offense involving a minor victim under 18 U.S.C.

§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

\_\_\_\_ d. defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, AND defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

✓ 5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

\_\_\_\_ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4));

\_\_\_\_ b. an offense for which maximum sentence is life imprisonment or death;

c.  Title 21 or MDLEA offense with maximum sentence
                of ten years or more;
     ___    d.  instant offense is felony and defendant has two
                or more convictions for a crime set forth in a-c
                above or for an offense under state or local law
                that would qualify under a, b, or c if federal
                jurisdiction were present;
            e.  serious risk defendant will flee;
     ___    f.  serious risk defendant will (obstruct or attempt
                to obstruct justice) (threaten, injure, or
                intimidate witness or juror, or attempt to do
                so).

___  6.  Government requests continuance of _____ days for
         detention hearing based upon the following reason:

         _____

         _____

___  7.  Good cause for continuance in excess of three days
         exists in that:

         _____

         _____

DATED: November 4, 2005                    Respectfully submitted,

                                           DEBRA WONG YANG
                                           United States Attorney

                                           /s/ Julie J. Shemitz
                                           _____
                                           JULIE J. SHEMITZ
                                           Assistant United States Attorney

                                           Attorneys for Plaintiff
                                           United States of America

# United States District Court

DISTRICT OF  Guam

UNITED STATES OF AMERICA

V.

JI SUNG SHIN aka JAMES SHIN

## WARRANT FOR ARREST

CASE NUMBER: CR-01-00083-002

**05-2376M**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JI SUNG SHIN aka JAMES SHIN
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with  (brief description of offense)

21:841(a)(1) & 18:2 - DISTRIBUTION OF CRYSTAL METAMPHETAMINE aka "Ice" (COUNT 1)
21:841(a) & 846 - CONSPIRACY TO DISTRIBUTE CRYSTAL METHAMPHETAMINE aka "Ice"
and POSSESSION WITH INTENT TO DISTRIBUTE CRYSTAL METHAMPHETAMINE aka "Ice" (COUNT 2)
21:841(a) & 846 & 18:2 - AIDING AND ABETTING AN ATTEMPT TO POSSESS CRYSTAL METHAMPHETAMINE
aka "Ice" WITH INTENT TO DISTRIBUTE (COUNTS 3 & 4)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Marilyn B. Alcon | August 22, 2001; Hagatna, Guam |
| Signature of Issuing Officer | Date and Location |

FILED NOV 25 2005

Bail fixed at $ NONE  by  HONORABLE JAMES M. FITZGERALD
                                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

I hereby attest and certify on 12/28/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



(1101)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**05-2376M**

| | |
|---|---|
| United States of America  PLAINTIFF(S) | CASE NUMBER  CR 01-00083-002 |
| v.  JI SUNG SHIN aka JAMES SHIN  DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **Indictment**
in the **US District Court** District of **GUAM** on **8/22/2001**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **1999**
in violation of Title **21** U.S.C., Section(s) **841**
to wit: **Distribution of Crystal Methamphetamine**

A warrant for defendant's arrest was issued by: **Honorable James M. Fitzgerald**
**Deputy Clerk Marilyn B. Alcon.**

Bond of $ **NONE** was ☐ set / ☐ recommended.

Type of Bond: **NONE**

Relevant document(s) on hand (attach): **INDICTMENT**

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **11-21-05**, by

_____, Deputy Clerk.

| Signature of Agent | SASHA DUKIC  Print Name of Agent |
|---|---|
| FBI  Agency | Special Agent  Title |

NOV 25 2005

CR-52 (05/98)  AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

I hereby attest and certify on 12/28/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK
(1101)

FILED
2005 NOV 21 PH 1:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 05-2376M  CR 01-00083-002 |
|---|---|
| v. JI SUNG SHIN aka JAMES SHIN  DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  11/18/2005 @ approx 3:00  ☐ AM / ☑ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   Title 21 USC 841 Distribution of Crystal Methamphetamine
3. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 6/27/1962
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): U.S. Marshals / MDC
8. Date detainer placed on defendant: 11/18/2001
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A
10. Name of Pretrial Services Officer: _____
11. Remarks (if any): N/A

ENTER ON ICMS
NOV 25 2005

12. Date: 11/21/2005
13. Signature: Sasha Dukic
14. Name: SASHA DUKIC
15. Title: FBI Special Agent

CR-64 (07/05)  REPORT COMMENCING CRIMINAL ACTION