# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>   vs.<br><br>Ji Sung Shin aka James Shin,<br><br>   Defendant. | Case No. 1:01-cr-00083-002 *SEALED*<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Clerk's Certificate of Transmittal filed January 3, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*January 4, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Clerk's Certificate of Transmittal filed January 3, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 4, 2006          /s/ Marilyn B. Alcon
                         Deputy Clerk