```
                IN THE DISTRICT COURT OF GUAM
                     TERRITORY OF GUAM
                      CRIMINAL MINUTES
                      INITIAL APPEARANCE
```



**FILED**
DISTRICT COURT OF GUAM
JAN 12 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-01-00083-002**                    **DATE: January 12, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:24:09 - 9:55:21    CSO: F. Tenorio / J. Lizama

**APPEARANCES**

**DEFT:** JI SUNG SHIN aka JAMES SHIN    **ATTY:** RAWLEN MANTANONA
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON    **AGENT:** KEVIN PETERSON, F.B.I.

**U.S. PROBATION:** MARIA CRUZ    **U.S. MARSHAL:** V. ROMAN

**INTERPRETER:** DONG LEE    **LANGUAGE:** KOREAN

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT (SEALED)**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: RAWLEN MANTANONA, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED    AGE: ___    SCHOOL COMPLETED: SOME COLLEGE
( X ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: ALL CHARGES IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) TRIAL SET FOR: MARCH 8, 2006 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**
Trial Order executed.

Courtroom Deputy: