

**FILED**
DISTRICT COURT OF GUAM

JAN 12 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 01-00083-002 |
| Plaintiff, | |
| vs. | APPOINTMENT ORDER |
| JI SUNG SHIN aka JAMES SHIN, | |
| Defendant. | |

IT IS HEREBY ORDERED that **RAWLEN M. MANTANONA** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 11, 2006

Dated this 12th day of January, 2006.

JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM