# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Ji Sung Shin aka James Shin,<br><br>        Defendant. | Case No. 1:01-cr-00083-002 *SEALED*<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order, and Order of Detention filed January 13, 2006,* on the dates indicated below:

| *U.S. Attorney's Office* | *Rawlen Mantanona* | *U.S. Probation* | *U.S. Marshals Service* |
|---|---|---|---|
| *January 13, 2006* | *January 13, 2006* | *January 13, 2006*<br>*Order of Detention* | *January 12, 2006*<br>*Order of Detention* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Trial Order, and Order of Detention filed January 13, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 13, 2006                  /s/ Marilyn B. Alcon
                                                               Deputy Clerk