**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM
FEB - 9 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Ji Sung Shin aka James Shin**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.01-00083-002 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |
| JI SUNG SHIN aka JAMES SHIN | ) ) | |
| Defendant. | ) ) | |

COMES NOW, Defendant, JI SUNG SHIN aka JAMES SHIN, through counsel Cabot Mantanona LLP, by RAWLEN MT MANTANONA, and moves this court for an order granting defendant's counsel request to withdrawal due to ethical conflict.

Dated: February 8, 2006

CABOT MANTANONA LLP

By: _____
RAWLEN M T MANTANONA, ESQ.

**ORIGINAL**