**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
FEB -9 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Ji Sung Shin aka James Shin**

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR-05-00048-002 (0100093-002) |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| JI SUNG SHIN aka JAMES SHIN | ) | |
| Defendant. | ) | |

I, CHARLENE D. MAYO, hereby certify that a copy of defendant Shin's Motion to Withdraw as Counsel for Defendant, Notice of Hearing on Motion, and Memorandum in support of Motion to Withdraw as Counsel for Defendant was duly hand-delivered or faxed to the following on February 9, 2006:

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

DATED: February 9, 2006

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona, Esq.

**ORIGINAL**