FILED
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JI SUNG SHIN a.k.a. JAMES SHIN,<br><br>    Defendant. | CRIMINAL CASE NO. 01-00083<br><br>**ORDER** |

On February 9, 2006, defense counsel Rawlen Mantanona filed a Motion to Withdraw as Counsel for Defendant. (Docket No. 9.) For good cause shown, the Court hereby GRANTS the motion and appoints Attorney William Gavras to represent the Defendant.

The Court notes that trial herein is presently set to commence on March 8, 2006. In light of this impending date and Mr. Gavras's recent appointment as counsel, the Court hereby sets this matter for a status hearing on Tuesday, February 21, 2006, at 9:30 a.m.

SO ORDERED this 15th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**