# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

    vs.

Ji Sung Shin aka James Shin,

        Defendant.

Case No. 1:01-cr-00083-002 *SEALED*

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order granting Motion to Withdraw as Attorney filed February 15, 2006,*** on the dates indicated below:

*U.S. Attorney's Office*          *Rawlen Mantanona*          *William Gavras*
*February 16, 2006*              *February 16, 2006*          *February 16, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order granting Motion to Withdraw as Attorney filed February 15, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 17, 2006                    /s/ Marilyn B. Alcon
                                        Deputy Clerk