IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-01-00083-002　　　　　DATE: 02/21/2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding　　　Law Clerk: Judith Hattori
Court Recorder: Jamie Phelps　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:24:26 - 10:33:36　　　　　　　　　 CSO: J. McDonald / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFT: __JI SUNG SHIN aka JAMES SHIN__　　　　ATTY: __WILLIAM GAVRAS__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.　　　( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON　　　　　　　　　AGENT:

U.S. PROBATION: MARIA CRUZ　　　　　　　　　　　U.S. MARSHAL: C. MARQUEZ / D. PUNZALAN

INTERPRETER: _____　　　　　　　　　LANGUAGE: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROCEEDINGS:　STATUS CONFERENCE　(SEALED)

( ) MOTION(s) ARGUED BY　　( ) GOVERNMENT　　( ) DEFENDANT(s)
( ) MOTION(s) ___Granted ___Denied ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

## NOTES:

Mr. Gavras stated that he has informed his client of the purpose of today's hearing and that his client has agreed to proceed without an interpreter. Mr. Gavras further stated that he has not had an opportunity to review all the discovery documents and that Ms. Johnson has just informed him that she will be sending him audio tapes for his review. He informed the Court that he is not prepared to go to trial by March 8. He requested a continuance of the trial for sometime in late May or June. The Court found that the ends of justice will be served by granting a continuance in this matter and that the continuance outweighs the best interest of the public and the defendant in a speedy trial. Trial is set for May 9, 2006 at 9:00 a.m.