KHPark.ORD

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KWANG HO PARK, <br> JI SUNG SHIN, <br> TAE WON HONG, <br> YOUNG CHUL YOON, and <br> DONG KYU YU, <br><br> Defendants. | CRIMINAL CASE NO. 01-00083 <br><br> **ORDER TO UNSEAL CASE** |

Upon motion by the United States and for good cause shown,

**IT IS HEREBY ORDERED** that the above-entitled case is unsealed.

_February 27, 2006_
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL