William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JI SUNG SHIN a.k.a. JAMES SHIN

**FILED**
DISTRICT COURT OF GUAM

MAR 22 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA. | CRIMINAL CASE NO. 01-00083 |
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL OF RECORD; and DECLARATION OF WILLIAM L. GAVRAS, ESQ. |
| vs. | |
| JI SUNG SHIN a.k.a. JAMES SHIN | |
| Defendant. | |

## MOTION

COMES NOW, William L. Gavras, Esq., counsel for Defendant JI SUNG SHIN a.k.a. JAMES SHIN, and moves this court for permission to withdraw as counsel of record as follows:

## MEMORANDUM

### FACTS

On February 15, 2006, the undersigned counsel was appointed to represent the defendant in this matter. Review of the discovery presented in this matter reveals defense counsel previously represented a member involved in the conspiracy in this

criminal matter. As such, there may be a conflict of interest and current counsel may no longer be able to effectively represent this Defendant.

This motion will be based on these moving papers, the court file, and any evidence to be presented at the time of the hearing.

## CONCLUSION

Based on all of the foregoing, William L. Gavras, Esq., respectfully requests this Honorable Court to permit him to withdraw as court appointed counsel for Defendant JI SUNG SHIN a.k.a. JAMES SHIN, and appoint alternative counsel to represent this Defendant in the above-captioned matter.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Dated: March 22, 2006.    BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JI SUNG SHIN a.k.a. JAMES SHIN

## DECLARATION OF WILLIAM L. GAVRAS, ESQ.

I, WILLIAM L. GAVRAS, declare as follows:

1. I am over 18 years of age and am duly licensed counsel for the Defendant in the above-entitled action and I have personal knowledge of all facts set forth herein.

2. The basis of my knowledge includes my experience with the events described below.

3. I would testify competently to these facts if called upon by the court.

4. I have previously represented a member involved in the conspiracy of this criminal matter.

5. Based on the foregoing, I respectfully request to be permitted to withdraw as counsel of record for the Defendant.

6. A copy of this Motion will be served upon the Plaintiffs.

I declare under the penalty of perjury, under the laws of Guam that the foregoing is true and correct.

Dated: March 22, 2006.

By: _____
WILLIAM L. GAVRAS, ESQ.

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney and the Defendant, a true and correct copy of this document on or before March 23, 2006.

LAW OFFICES OF GORMAN & GAVRAS

Dated: March 22, 2006.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JI SUNG SHIN a.k.a. JAMES SHIN