William L. Gavras, Esq.
**LAW OFFICES OF GORMAN & GAVRAS**
A Professional Corporation
2nd Floor, J & R Building
**208 Route 4**
**Hagåtña, Guam 96910**
Telephone:   472-2302
Facsimile:     472-2342

**Attorneys for Defendant**
**JI SUNG SHIN a.k.a. JAMES SHIN**

**FILED**
DISTRICT COURT OF GUAM

MAR 27 2006 ☞

MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT OF GUAM

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA.** | **CRIMINAL CASE NO. 01-00083** |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| **JI SUNG SHIN a.k.a. JAMES SHIN** | |
| Defendant. | |

_____/

        For good cause shown, the Court hereby grants William L. Gavras's Motion to

Withdraw as counsel for Defendant and hereby appoints Stephen P. Hattori to represent

the Defendant in the above-entitled matter.  A status hearing shall be held on Thursday,

March 30, 2006, at 10:45 a.m. to discuss the scheduled trial date of May 9, 2006.

        SO ORDERED:


___March 27, 2006___
Date

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL