IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-01-00083-002        DATE: 03/30/2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding       Law Clerk: J. Hattori
Court Reporter: Wanda Miles                                           Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: (11:16:04 - 11:37:20)                CSO: B. Benavente

**APPEARANCES**

DEFT: __JI SUNG SHIN aka JAMES SHIN__        ATTY: __STEPHEN HATTORI__
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.   (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK         AGENT:

U.S. PROBATION: ROBERT CARREON         U.S. MARSHAL: V. ROMAN / G. PEREZ

INTERPRETER: _____           LANGUAGE: _____

PROCEEDINGS:   STATUS CONFERENCE

(X) MOTION ARGUED BY   ( ) GOVERNMENT   (X) DEFENDANT
(X) MOTION   ___Granted  _X_ Denied  ___ Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED   ___Approved   ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court addressed Mr. Hattori's ex parte application to withdraw as attorney. Mr. Hattori stated his reasons for the request. Ms. Kathleen Maher also addressed the Court and requested the Court appoint another attorney. The Court DENIED the motion to withdraw and continued the status conference to April 6, 2006 at 10:45 a.m. to permit Mr. Hattori to review the file and to make a determination when he'll be ready for trial. No further written order will be forthcoming.

Courtroom Deputy: _____