IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**CASE NO. CR-01-00083-002**  **DATE: April 6, 2006**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: J. Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: (10:55:48 - 11:02:02)  CSO: B. Benavente

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** __JI SUNG SHIN aka JAMES SHIN__  **ATTY:** __STEPHEN HATTORI__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.  ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** FREDERICK BLACK  **AGENT:**

**U.S. PROBATION:** JUDY OCAMPO  **U.S. MARSHAL:** D. PUNZALAN / J. CURRY

**INTERPRETER:** _____  **LANGUAGE:** _____

***

**PROCEEDINGS:  STATUS CONFERENCE**

( ) MOTION ARGUED BY   ( ) GOVERNMENT   ( ) DEFENDANT
( ) MOTION  ___Granted  ___ Denied  ___ Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED   ___Approved   ___Disapproved
( ) ORDER to prepared By: _____
( X ) TRIAL SET FOR:  __JULY 24, 2006__  at  __1:30 P.M.__
( X ) DEFENDANT TO REMAIN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

Defense counsel requested additional time to review the case file and to adequately prepare for trial. No objection. The Court granted the motion and found that the ends of justice is served and outweighs the best interest of the public and the defendant in a speedy trial by allowing counsel for the defendant reasonable time to effectively prepare for trial.

Courtroom Deputy: ____