**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Ji Sung Shin aka James Shin, <br><br> Defendant. | Case No. 1:01-cr-00083-002 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Second Amended Trial Order filed March 6, 2006*, on the dates indicated below:

*U.S. Attorney's Office*  *Stephen Hattori*
*April 7, 2006*  *April 7, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Second Amended Trial Order filed March 6, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 7, 2006  /s/ Marilyn B. Alcon
  Deputy Clerk