THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagatña, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL davehighsmith999@yahoo.com

FILED
DISTRICT COURT OF GUAM
MAY 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 01-00083-002 |
| Plaintiff, | |
| Vs. | SUBSTITUTION OF COUNSEL |
| JI SUNG SHIN aka JAMES SHIN, | |
| Defendant. | |

COMES NOW, JI SUNG SHIN aka: JAMES SHIN, Defendant in the above-captioned matter and hereby substitutes The Law Office of David J. Highsmith, P.C. in place of Stephen P. Hattori pursuant to District Court General Rule 19.1(b).

EXECUTED this 11 day of MAY 2006.

_____
JI SUNG SHIN aka JAMES SHIN

//
//

SUBSTITUTION ACKNOWLEDGED this 4th day of May 2006.

PUBLIC DEFENDER SERVICE CORP.

BY: _____
STEPHEN P. HATTORI

SUBSTITUTION ACCEPTED this 4th day of May 2006.

The Law Office of David J. Highsmith, P.C.

_____
DAVID J. HIGHSMITH, ESQ

~~SUBSTITUTION APPROVED this ___ day of May, 2006.~~

~~HON.~~
~~JUDGE, DISTRICT COURT OF GUAM~~