The Law Office of David J. Highsmith, P.C.
Suite 209, Union Bank Bldg.
194 Hernan Cortes Avenue
Hagatna, Guam 96910
(671) 477-8168
davehighsmith99@yahoo.com



**FILED**
DISTRICT COURT OF GUAM

MAY 19 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 01-00083-002 |
| Plaintiff, | |
| Vs. | ORDER |
| JI SUNG SHIN aka JAMES SHIN, | |
| Defendant. | |

On May 17, 2006, a Substitution of Counsel was filed herein. Pursuant to the terms of said stipulation, the Law Offices of David J. Highsmith, P.C. is hereby substituted as retained counsel of record for the Defendant in the above captioned matter, in place of court-appointed counsel Stephen P. Hattori.

SO ORDERED this 19th day of May, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**