
FILED
DISTRICT COURT OF GUAM
JUL - 7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-01-00083 DATE: July 07, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez Electronically Recorded: 10:40:54 - 11:07:35

CSO: B. Pereda

---

**APPEARANCES:**

Defendant: Ji Sung Shin aka James Shin

☑ Present ☑ Custody ☐ Bond ☐ P.R.

Attorney: David Highsmith

☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson

U.S. Agent: Kevin Peterson, F.B.I.

U.S. Probation: Rosanna Villagomez-Aguon

U.S. Marshal: D. Punzalan

Interpreter: Hee Jung Won

☐ Sworn ☑ Previously Sworn

Language: Korean

---

**PROCEEDINGS: Change of Plea**

- Defendant consented to enter his plea before a U.S. Magistrate Judge
- Defendant Sworn and Examined
  Age: 44 School Completed: 1 year of college
- Plea Entered: Guilty to Count 5 - Use of a Communication Facility to Facilitate Drug Trafficking
- Plea Agreement Filed: 07/06/2006 Plea: Accepted
- Report and Recommendation executed by the Court
- Sentencing Set for: October 25, 2006 at 9:30 a.m.
- Defendant Returned to the Custody of the U.S. Marshal Service for: Detention

NOTES: Presentence Report due to the parties: August 30, 2006

Presentence Report due to the Court: October 9, 2006