# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>JI SUNG SHIN,<br><br>        Defendant. | Case No. 1:01-cr-00083<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge filed on July 7, 2006, and the Report and Recommendations filed on July 7, 2006* on the dates indicated below:

*U.S. Attorney's Office*           *Law Office of David J. Highsmith*
*July 10, 2006*                    *July 14, 2006*

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge filed on July 7, 2006, and the Report and Recommendations filed on July 7, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 14, 2006                              /s/ Melissa L. Trauner
                                                 Deputy Clerk