
**FILED**
DISTRICT COURT OF GUAM
AUG -2 2006 
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JI SUNG SHIN,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 01-00083<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count V of an Indictment charging him with Use of a Communication Facility to Facilitate Drug Trafficking, in violation of 21 U.S.C. § 843(b), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on October 25, 2006, at 9:30 a.m.

IT IS SO ORDERED.

DATED this 1st day of August 2006.

　　　　　　　　　　　　　　　　　　　/s/ James Ware
　　　　　　　　　　　　　　　　　　　JAMES WARE*
　　　　　　　　　　　　　　　　　　　District Judge

---

* The Honorable James Ware, United States District Judge for the Northern District of California, sitting by designation.

**ORIGINAL**