# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Ji Sung Shin,<br><br>    Defendant. | Case No. 1:01-cr-00083<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing  filed August 2, 2006*, on the dates indicated below:

*U.S. Attorney's Office*   *Law Office of David J. Highsmith*
*August 3, 2006*      *August 7, 2006*

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

*Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing  filed August 2, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 9, 2006           /s/ Melissa L. Trauner
                         Deputy Clerk