UNITED STATES DISTRICT COURT
District of Guam

United States of America,
                Plaintiff,

vs.

JI SUNG SHIN aka JAMES SHIN,
                Defendant.

NOTICE OF APPEAL

D.C. Docket Number: CR 01-00083

Larry A. Burns, District Court Judge

Notice is hereby given that __JI SUNG SHIN aka JAMES SHIN,__ appeals to the United States Court of Appeals for the Ninth Circuit from the

☐ Conviction only (Fed. R. Crim. P. 32(b))
☐ Conviction and Sentence
☒ Sentence only (18 U.S.C. § 3742)
☐ Order (specify) _____

**FILED**
DISTRICT COURT OF GUAM
NOV - 1 2006
MARY L.M. MORAN
CLERK OF COURT

_____ entered in this action on _____.

Sentence imposed: __48 months incarceration with credit for time served and 1 year supervised release plus conditions.__

Bail Status: __Incarcerated.__

Date: __OCT. 31. 2006__      Address:
JI SUNG SHIN
P.O. Box 3236
Hagatna, Guam 96932
Hagatna Detention Center

Name of Court Reporter: **Wanda Miles**    Transcript Required: ☒ Yes   ☐ No
If yes, date ordered or to be ordered __10/31/06__ (including arrangements for payment with court reporter.)

| If transcript required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription. |

# ORIGINAL