06-10697

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>USA vs Shin</u>
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: <u>**District Court of Guam/Honorable Larry A. Burns**</u>
Criminal and/or Civil Case No.: <u>**CR-01-00083-002**</u>
Date Complaint/Indictment/Petition Filed: <u>**Indictment filed 8/22/2001**</u>
Date Appealed order/judgment *entered*: <u>**Judgment filed 10/25/2006 - EOD 10/26/2006**</u>
Date NOA *filed*: <u>**NOA filed 11/01/2006**</u>
Date(s) of Indictment <u>**8/22/2001**</u> Plea Hearing <u>**7/07/2006**</u> Sentencing <u>**9/19/2006**</u>

COA Status (check one):  ☐ granted in full (attach order)      ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>**Wanda M. Miles/(671) 472-8655**</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>**N/A**</u>                    Date Docket Fee Billed:_____
Date FP granted:_____                              Date FP denied:_____
Is FP pending? ☐ yes  ☐ no                             Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                          Appellee Counsel:

**Ji Shin Shin aka James Shin**             Karon V. Johnson
**Pro Se**                                  **Assistant U.S. Attorney**
**Department of Corrections**               **Suite 500, Sirena Plaza**
**P.O. Box 3236**                           **108 Hernan Cortez Avenue**
**Hagatna, Guam 96910**                     **Hagatna, Guam 96910**
                                            **Karon_johnson@usdoj.gov**

☐ retained  ☐ CJA  ☐ FPD  X Pro Se  ☐ Other       *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                       Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid_____     9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671) 473-9138**
**marilyn_alcon@gud.uscourts.gov**



RECEIVED
DEC -1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM