UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 18 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JI SUNG SHIN, Defendant - Appellant. | No. 06-10697<br><br>D.C. No. CR-01-00083-MCE<br>District of Guam,<br>Agana<br><br>ORDER |
|---|---|

**FILED**
DISTRICT COURT OF GUAM
JAN 19 2007
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

Appellant's submission of a completed CJA Form 23 is construed as a motion to proceed in forma pauperis. So construed, the motion is granted.

The motion of David J. Highsmith, Esq., 194 Hernan Cortes Avenue, Suite 209, Hagatna, Guam 96910, (671) 477-8168, for leave to withdraw as counsel is granted. Appellant's motion for appointment of counsel is granted. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910, (FAX: (671) 473-9152), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel within 14 days of locating counsel.

The certificate of record has been filed. The briefing schedule shall be as follows: appellant's opening brief and excerpts of record are due March 26, 2007;

06-10697

appellee's answering brief is due April 25, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall amend the docket to reflect appellant's pauper status.

The Clerk shall serve this order on former counsel.

*Peter L. Shaw*
General Order 6.3(e)