# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JI SUNG SHIN aka JAMES SHIN,**<br><br>Defendant. | CRIMINAL CASE NO. **01-00083-002**<br>Court of Appeals No. **06-10697**<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **LOUIE J. YANZA** is appointed to represent the defendant in the above-entitled case pursuant to the Order issued from the Ninth Circuit Court of Appeals, filed January 19, 2007

Dated this 19th day of January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**