UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 09 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10697 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-01-00083-MCE District of Guam, Agana |
| v. | |
| JI SUNG SHIN, | ORDER |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
FEB 12 2007
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

The motion of Louie J. Yanza, Esq., 115 Hesler Place, Ground Floor, Hagåtña, Guam 96910-5004, to withdraw is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam 96910; (FAX: (671) 473-9152), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by March 15, 2007. The transcript is due April 16, 2007. Appellant's opening brief and excerpts of record are due May 29, 2007; appellee's answering brief is due June 28, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

06-10697

    Counsel Yanza is advised that as of July 1, 2006, all motions to withdraw as counsel should be accompanied by proof of service on the defendant showing the defendant's current address. *See* 9th Cir. R. 4-1(c)(3). Accordingly, within 14 days after the date of this order, counsel Yanza shall serve this order on appellant and file proof of such service with this court showing appellant's registration number and address.

                                             /s/ Peter L. Shaw
                                             General Order 6.3(e)