# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **01-00083-002** |
| Plaintiff, ) | COURT OF APPEALS NO. **06-10697** |
| vs. ) | |
| **JI SUNG SHIN aka JAMES SHIN,** ) | **APPOINTMENT ORDER** |
| Defendant. ) | |

Pursuant to an Order issued by the Ninth Circuit Court of Appeals for the appointment of new counsel, see Docket No. 128 (filed February 12, 2007),

IT IS HEREBY ORDERED that **CYNTHIA V. ECUBE** is appointed to represent the Defendant in the above-entitled action.

Dated this 12th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**