UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
APR 19 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10697 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-01-00083-MCE |
| v. | District of Guam, Agana |
| JI SUNG SHIN, | ORDER |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
APR 20 2007
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

The motion of Cynthia V. Ecube, Esq., 207 Martyr Street, Suite 3, Hagåtña Guam 96910, (671) 472-8889, to withdraw as counsel is granted. Appellant's motion for appointment of counsel is granted. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam 96910, (FAX: (671) 473-9152), who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

Counsel advised in her motion that she has insufficient staff to handle appellate work and has no current appellate experience. She is requested therefore to notify Ms. Moran that she is unable to accept appellate appointments.

06-10697

New counsel shall designate the reporter's transcript by June 1, 2007. The transcript is due July 2, 2007. Appellant's opening brief and excerpts of record are due August 13, 2007; appellee's answering brief is due September 12, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

Counsel Ecube is advised that as of July 1, 2006, all motions to withdraw as counsel should be accompanied by proof of service on the defendant showing the defendant's current address. *See* 9th Cir. R. 4-1(c)(3).

The Clerk shall serve this order on appellant individually at Reg. No. 27729-112, FDC Honolulu, P.O. Box 30080, Honolulu, Hawaii 96820.

*Peter L. Shaw*
General Order 6.3(c)