# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**MARY L.M. MORAN**
CLERK OF COURT

April 27, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

OFFICE OF THE CLERK
U. S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA  94119-3939

RE:  CRIMINAL CASE NO. 01-000083-002-MCE/C.A. No. 06-10697
     USA vs JI SUNG SHIN aka JAMES SHIN

In reference to the above-entitled cases, enclosed herewith please find the following:

( )  Certified copy of Notice of Appeal

( )  Certified copy of Judgment

(X)  Certified copy of Docket Sheet

( )  Notice of Appeal Notification Form

( )  Order for Time Schedule

(X)  Other - **Appointment Order, filed April 27, 2007**

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosure(s)

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 01-00083-002 |
|---|---|
| Plaintiff, | Court of Appeals No. 06-10697 |
| vs. | |
| **JI SUNG SHIN aka JAMES SHIN,** | **APPOINTMENT ORDER** |
| Defendant. | |

Pursuant to the Order issued by the Ninth Circuit Court of Appeals, filed April 20, 2007, IT IS HEREBY ORDERED that **JEHAN'AD G. MARTINEZ** is appointed to represent the defendant in the above-entitled case, *nunc pro tunc* to April 25, 2007.

/s/ **Joaquin V.E. Manibusan, Jr.**
U.S. Magistrate Judge
Dated: Apr 27, 2007

APPEAL, CLOSED, FUGITIVE, Interp-Kor

Civil/Criminal CM/ECF System
District Court of Guam (Hagatna)
**CRIMINAL DOCKET FOR CASE #: 1:01-cr-00083-ALL**

Case title: USA v. Park                                Date Filed: 08/22/2001

Assigned to: Chief Judge Frances M. Tydingco-Gatewood

**Defendant**

**Kwang Ho Park (1)**                                  represented by **Howard Trapp**
*TERMINATED: 09/21/2006*                               Howard Trapp Incorporated
*also known as*                                        Suite 200, Saylor Building
Mike Park (1)                                          139 Chalan Santo Papa
*TERMINATED: 09/21/2006*                               Hagatna, GU 96910
                                                       671-477-7000
                                                       Fax: 671-477-2040
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       Designation: Retained

**Pending Counts**                                     **Disposition**

CONTROLLED SUBSTANCE - SELL,                           Defendant sentenced to 60 months imprisonment
DISTRIBUTE, OR DISPENSE                                with credit for time served; 5 years supervised
(2)                                                    release; $100.00 Special Assessment Fee; Fine
                                                       waived

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                  **Disposition**

CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE                                Dismissed
(3)

CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE                                Dismissed
(4)

RACKETEERING - TRANSPORTING IN AID OF
(6)                                                    Dismissed

CONTROLLED SUBSTANCES - IMPORT
(7)                                                    Dismissed

CONTROLLED SUBSTANCES - IMPORT
(11)                                                   Dismissed

CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE                                Dismissed
(12)

CONTROLLED SUBSTANCES - IMPORT
(14)                                                   Dismissed

CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE                                Dismissed
(15)

RACKETEERING - TRANSPORTING IN AID OF
(16)                                                   Dismissed

| | |
|---|---|
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (17) | Dismissed |

### Highest Offense Level (Terminated)
Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Chief Judge Frances M. Tydingco-Gatewood

### Defendant

| | |
|---|---|
| Ji Sung Shin (2)<br>*TERMINATED: 10/25/2006*<br>also known as<br>James Shin (2)<br>*TERMINATED: 10/25/2006* | represented by **Cynthia V. Ecube**<br>Law Offices of Cynthia V. Ecube, ESQ<br>207 Martyr Street, Suite 3<br>Travel Pacificana Building<br>Hagatna, GU 96910<br>671-472-8889<br>Fax: 671-472-8890<br>Email: ecubelaw@netpci.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**David J. Highsmith**<br>Law Office of David J. Highsmith<br>Union Bank Building, Suite 209<br>194 Hernan Cortez Avenue<br>Hagatna, GU 96910<br>671-477-8168/9<br>Fax: 671-472-0027<br>Email: davehighsmith99@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Louie J. Yanza**<br>Maher Yanza Flynn Timblin, LLP<br>115 Hesler Place<br>Ground Floor, Governor Joseph Flores Bldg.<br>Hagatna, GU 96910-5004<br>671-477-7059<br>Fax: 671-472-5487<br>Email: lyanza@ite.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Rawlen M.T. Mantanona**<br>Cabot Mantanona LLP<br>BankPacific Building, Second Floor<br>825 South Marine Corps Drive<br>Tamuning, GU 96913<br>671-646-2001<br>Fax: 671-646-0777<br>*TERMINATED: 02/15/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Stephen P. Hattori** |

Public Defender Service Corp.
Suite 200, Superior Court Annex
110 West O'Brien Drive
Hagatna, GU 96910
671-472-3100
Fax: 671-477-5844
*TERMINATED: 05/19/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Guam Public Defender*

**William Leon Gavras**
Law Offices of Gorman and Gavras, P.C.
2nd Floor, J and R Building
208 Route 4
Hagatna, GU 96910-
671-472-2302
Fax: 671-472-2342
*TERMINATED: 03/27/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (5) | Defendant sentenced to 48 months imprisonment, with credit for time served; 1 year supervised release; $100.00 special assessment fee; all fines waived |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (1) | Dismissed |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | Dismissed |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (3) | Dismissed |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (4) | Dismissed |
| RACKETEERING - TRANSPORTING IN AID OF (6) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Chief Judge Frances M. Tydingco-Gatewood

**Defendant**

**Tae Won Hong** (3)

| Pending Counts | Disposition |
|---|---|
| CONTROLLED SUBSTANCES - IMPORT (7) | |
| CONTROLLED SUBSTANCES - IMPORT (8) | |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (9) | |
| RACKETEERING - TRANSPORTING IN AID OF (10) | |
| CONTROLLED SUBSTANCES - IMPORT (11) | |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (12) | |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (13) | |
| CONTROLLED SUBSTANCES - IMPORT (14) | |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (15) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Chief Judge Frances M. Tydingco-Gatewood

**Defendant**

**Young Chul Yoon (4)**

| Pending Counts | Disposition |
|---|---|
| CONTROLLED SUBSTANCES - IMPORT (7) | |
| CONTROLLED SUBSTANCES - IMPORT (11) | |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (12) | |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

---

Assigned to: Chief Judge Frances M. Tydingco-Gatewood

**Defendant**

**Dong Kyu Yu (5)**

**Pending Counts**                                   **Disposition**

CONTROLLED SUBSTANCES - IMPORT
(7)

CONTROLLED SUBSTANCES - IMPORT
(14)

CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
(15)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

---

**Plaintiff**

USA                                     represented by  **Karon Johnson**
                                                        Office of the U.S. Attorney
                                                        Suite 500, Sirena Plaza
                                                        108 Hernan Cortez Avenue
                                                        Hagatna, GU 96910
                                                        671-472-7332
                                                        Fax: 671-472-7334
                                                        Email: karon.johnson@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mark E. Kondas**
                                                        Office of the United States Attorney
                                                        Suite 500, Sirena Plaza

108 Hernan Cortez Avenue
Hagatna, GU 96910
671-472-7332
Fax: 671-472-7334
*TERMINATED: 09/29/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2001 | 1 | INDICTMENT - W/A issd; Applies to: DFT Sealed, DFT Sealed, DFT Sealed, DFT Sealed, DFT Sealed [MBA EOD 08/22/2001] (ORIGINAL GCMS ENTRY 1-1) (cnv) (Entered: 08/22/2001) |
| 08/24/2001 | 2 | APPLICATION & Ord to Seal Rec; [MBA EOD 08/24/2001] (ORIGINAL GCMS ENTRY 2-1) (cnv) (Entered: 08/24/2001) |
| 10/17/2001 | 3 | ORDER - Samuel Teker apptd to rep t/deft; [MBA EOD 10/17/2001] (ORIGINAL GCMS ENTRY 3-1) (cnv) (Entered: 10/17/2001) |
| 10/17/2001 | 4 | MINUTE ENTRY - Initial Appearance - Deft enters plea of Not Guilty. Trial set for 12/18/01 - 9:30 a.m. Deft rem to cust of USMS; [MBA EOD 10/17/2001] (ORIGINAL GCMS ENTRY 4-1) (cnv) (Entered: 10/17/2001) |
| 10/17/2001 | 5 | ORDER - Trial set for 12/18/01 - 9:30 a.m. P/T mtns due NLT 11/07/02 & hrd 11/28/01 - 1:30 p.m. Trial docs due NLT 12/11/01; [MBA EOD 10/17/2001] (ORIGINAL GCMS ENTRY 5-1) (cnv) (Entered: 10/17/2001) |
| 10/17/2001 | 6 | ORDER of Detention Pending Trial; [MBA EOD 10/18/2001] (ORIGINAL GCMS ENTRY 6-1) (cnv) (Entered: 10/17/2001) |
| 10/18/2001 | 7 | NOTICE of Mtn for Apptmt of an Interpreter; [MBA EOD 10/18/2001] (ORIGINAL GCMS ENTRY 7-1) (cnv) (Entered: 10/18/2001) |
| 10/18/2001 | 8 | DEFENDANT Kwan Ho Park's Mtn for Apptmt of an Interpreter; [MBA EOD 10/18/2001] (ORIGINAL GCMS ENTRY 8-1) (cnv) (Entered: 10/18/2001) |
| 10/19/2001 | 9 | ORDER Granting Deft Kwang Ho Park's Mtn for Apptmt of an Interpreter; [MBA EOD 10/22/2001] (ORIGINAL GCMS ENTRY 9-1) (cnv) (Entered: 10/19/2001) |
| 10/23/2001 | 10 | RETURN Of W/a in a Cr Cs - Exec on 9/25/01 (Deft Kwan Ho Park aka Mike Park); [WMT EOD 10/24/2001] (ORIGINAL GCMS ENTRY 10-1) (cnv) (Entered: 10/23/2001) |
| 11/09/2001 | 11 | SUBSTITUTION of Cnsl - IT IS HEREBY ORD that t/law firm of Teker Civille Torres & Tang be sub as atty for deft Kwang Ho Park aka Mike Park in t/place & stead of Samuel S. Teker; [MBA EOD 11/13/2001] (ORIGINAL GCMS ENTRY 11-1) (cnv) (Entered: 11/09/2001) |
| 11/16/2001 | 12 | PLEA Agreement; [MBA EOD 11/16/2001] (ORIGINAL GCMS ENTRY 12-1) (cnv) (Entered: 11/16/2001) |
| 11/20/2001 | 13 | MINUTE ENTRY - Change of Plea - Deft enters plea of Guilty. Status Hrg set for 02/19/02 - 2:30 p.m. Deft rem to cust of USMS; [MBA EOD 11/20/2001] (ORIGINAL GCMS ENTRY 13-1) (cnv) (Entered: 11/20/2001) |
| 02/20/2002 | 14 | STIPULATION & Ord to Cont Status Hrg - Status Hrg cont'd to 05/21/02 - 1:30 p.m.; [MBA EOD 02/20/2002] (ORIGINAL GCMS ENTRY 14-1) (cnv) (Entered: 02/20/2002) |
| 05/20/2002 | 15 | STIPULATION & Ord to Cont Status Hrg - Hrg contd to 11/20/02 - 2:30 p.m. (Deft Kwang Ho Park); [LRH EOD 05/21/2002] (ORIGINAL GCMS ENTRY 15-1) (cnv) (Entered: 05/20/2002) |
| 11/14/2002 | 16 | STIPULATION & Ord to Cont Status Hrg - Status Hrg cont'd to 05/20/03 - 2:30 p.m.; [MBA EOD 11/14/2002] (ORIGINAL GCMS ENTRY 16-1) (cnv) (Entered: 11/14/2002) |
| 05/21/2003 | 17 | STIPULATION of Parties to Cont Status Hrg & Ord - Status Hrg cont'd to 08/20/03 - 2:30 p.m.; [MBA EOD 05/21/2003] (ORIGINAL GCMS ENTRY 17-1) (cnv) (Entered: 05/21/2003) |
| 08/12/2003 | 18 | STIPULATION & Ord to Vacate Status Hrg, Unseal Rec & Set Sent - Sent set for 11/10/03 - 1:30 p.m. PSR due 10/06/03 (Deft Kwang Ho Park aka Mike Park); [MBA EOD 08/12/2003] (ORIGINAL GCMS ENTRY 18-1) (cnv) (Entered: 08/12/2003) |

| | | |
|---|---|---|
| 10/09/2003 | 19 | GOVERNMENT'S Statement Adopting Findings of PSR; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 10/10/2003] (ORIGINAL GCMS ENTRY 19-1) (cnv) (Entered: 10/09/2003) |
| 10/16/2003 | 20 | OBJECTION to Certain Aspects of t/PSR; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 10/17/2003] (ORIGINAL GCMS ENTRY 20-1) (cnv) (Entered: 10/16/2003) |
| 11/10/2003 | 21 | STIPULATION & Ord to Cont Sent for One Week - Sent cont'd to 11/17/03 - 1:30 p.m.; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 11/10/2003] (ORIGINAL GCMS ENTRY 21-1) (cnv) (Entered: 11/10/2003) |
| 11/17/2003 | 22 | STIPULATION & Ord to Cont Sent - Sent cont'd to 11/18/03 - 1:30 p.m.; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 11/17/2003] (ORIGINAL GCMS ENTRY 22-1) (cnv) (Entered: 11/17/2003) |
| 11/18/2003 | 23 | ORDER - Sentencing resched to 12/16/03 - 1:30 p.m.; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 11/18/2003] (ORIGINAL GCMS ENTRY 23-1) (cnv) (Entered: 11/18/2003) |
| 12/16/2003 | 24 | ORDER Cont Sent - Sent resched 01/22/04 - 1:30 p.m.; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 12/16/2003] (ORIGINAL GCMS ENTRY 24-1) (cnv) (Entered: 12/16/2003) |
| 12/16/2003 | 25 | EX PARTE Mtn to Cont Sent; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 12/17/2003] (ORIGINAL GCMS ENTRY 25-1) (cnv) (Entered: 12/16/2003) |
| 12/23/2003 | 26 | SUBSTITUTION of Atty - Howard Trapp, Inc., subs as retained atty of rec for deft; Applies to: DFT Park, Kwang Ho (001) [SAI EOD 12/23/2003] (ORIGINAL GCMS ENTRY 26-1) (cnv) (Entered: 12/23/2003) |
| 01/21/2004 | 27 | STIPULATION of Parties to Cont Sent Date & Ord - Sent cont'd to 03/19/04 - 11:00 a.m.; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 01/21/2004] (ORIGINAL GCMS ENTRY 27-1) (cnv) (Entered: 01/21/2004) |
| 03/09/2004 | 28 | STIPULATION of Parties to Cont Sent Date & Ord - Sent cont'd to 04/28/04 - 1:30 p.m.; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 03/10/2004] (ORIGINAL GCMS ENTRY 28-1) (cnv) (Entered: 03/09/2004) |
| 04/15/2004 | 29 | STIPULATION of Parties to Cont Sent Date & Ord - Sent cont'd to 06/16/04 - 1:30 p.m.; Applies to: DFT Park, Kwang Ho (001) [MBA EOD 04/15/2004] (ORIGINAL GCMS ENTRY 29-1) (cnv) (Entered: 04/15/2004) |
| 05/28/2004 | 30 | MOTION of Parties re Release of Deft, Conds of Rel & Ord; [MBA EOD 05/29/2004] (ORIGINAL GCMS ENTRY 30-1) (cnv) (Entered: 05/28/2004) |
| 05/28/2004 | 31 | STIPULATION of Parties to Re-Seal Rec & Ord; [MBA EOD 05/29/2004] (ORIGINAL GCMS ENTRY 31-1) (cnv) (Entered: 05/28/2004) |
| 05/28/2004 | 32 | ORDER Setting Conds of Release (Deft Park); [MBA EOD 05/29/2004] (ORIGINAL GCMS ENTRY 32-1) (cnv) (Entered: 05/28/2004) |
| 05/28/2004 | 33 | STIPULATION of Parties to Vacate Sent Date, Set Status Hrg; & Ord - Sent vacated. Status Hrg set for 08/26/04 - 2:30 p.m. (Deft Park); [MBA EOD 05/29/2004] (ORIGINAL GCMS ENTRY 33-1) (cnv) (Entered: 05/28/2004) |
| 06/18/2004 | 34 | SPECIAL Rpt; Modification of Conds Requested; [MBA EOD 06/21/2004] (ORIGINAL GCMS ENTRY 34-1) (cnv) (Entered: 06/18/2004) |
| 06/22/2004 | 35 | AMENDED Order - Setting Conds of Rel - DFT Rel on PR (dft Park); [AKA EOD 06/22/2004] (ORIGINAL GCMS ENTRY 35-1) (cnv) (Entered: 06/22/2004) |
| 08/09/2004 | 36 | STIPULATION of Parties to Cont Status Hrg &b Ord - Status Hrg cont'd to 10/21/04 - 10:00 a.m.; [MBA EOD 08/09/2004] (ORIGINAL GCMS ENTRY 36-1) (cnv) (Entered: 08/09/2004) |
| 10/07/2004 | 37 | STIPULATION of Parties to Cont Status Hrg & Ord - Status Hrg cont'd to 01/19/05 - 9:30 a.m.; [MBA EOD 10/07/2004] (ORIGINAL GCMS ENTRY 37-1) (cnv) (Entered: 10/07/2004) |
| 12/20/2004 | 38 | STIPULATION of Parties to Continue Status Hrg & Ord. Status hrg sched for 01/19/2005 is resched to 04/20/2005 at 10:30 a.m.; Applies to: DFT Sealed [JMP EOD 12/20/2004] (ORIGINAL GCMS ENTRY 38-1) (cnv) (Entered: 12/20/2004) |
| 03/07/2005 | 39 | ERRATUM Re: Stip of Parties to Cont Status Hrg & Ord. Caption to reflect Cr Cs 01-00083 vs |

| | | |
|---|---|---|
| | | Cr Cs 04-00024; Applies to: DFT Sealed [JMP EOD 03/08/2005] (ORIGINAL GCMS ENTRY 39-1) (cnv) (Entered: 03/07/2005) |
| 04/15/2005 | 40 | STIPULATION and Order to Continue Status Hearing - Status Hearing scheduled for 04/20/05 rescheduled to 07/19/05 at 2:30 p.m.; Applies to: DFT Sealed [JMP EOD 04/15/2005] (ORIGINAL GCMS ENTRY 40-1) (cnv) (Entered: 04/15/2005) |
| 07/11/2005 | 41 | STIPULATION and Order to Continue Status Hearing - Status Hearing continued to 10/05/05 - 9:30 a.m.; [MBA EOD 07/11/2005] (ORIGINAL GCMS ENTRY 41-1) (cnv) (Entered: 07/11/2005) |
| 09/29/2005 | 42 | Stipulated Motion to Continue Status Hearing by USA as to Kwang Park. (mba, ) (Entered: 09/29/2005) |
| 10/04/2005 | 43 | Order denying Motion to Continue Status Hearing as to Kwang Park re 42 Motion to Continue Status Hearing filed by USA. U.S. Probation Office shall update the presentence report by 1/25/2006. Responses due by 2/8/2006. Sentencing set for 3/15/2006 at 09:00 AM in 4th Floor Courtroom before District Judge James L. Robart. Final Presentence Report due to the Court and parties no later than 2/22/2006 . Signed by Judge Joaquin V.E. Manibusan Jr. on 10/4/2005. (mba, ) (Entered: 10/04/2005) |
| 10/05/2005 | 44 | Certificate of Service as to Kwang Park re 43 Order Vacating Status Hearing, Setting Sentencing Date and Presentence Report Due Date (mba, ) (Entered: 10/05/2005) |
| 11/18/2005 | | Arrest of Ji Sung Shin in Los Angeles, Califonia. (lth, ) (Entered: 12/16/2005) |
| 12/16/2005 | 45 | Arrest Warrant Returned Executed on 11/18/2005 as to Ji Sung Shin. (lth, ) (Entered: 12/16/2005) |
| 01/03/2006 | 46 | Clerk's Certificate of Transmittal from the Central District of California as to Ji Sung Shin (mba, ) (Entered: 01/03/2006) |
| 01/04/2006 | 47 | Certificate of Service as to Ji Sung Shin re 46 Clerk's Certificate of Transmittal (mba, ) (Entered: 01/04/2006) |
| 01/11/2006 | | Request for Hearing as to Ji Sung Shin: Initial Appearance and Arraignment set for 1/12/2006 at 09:30 AM in 4th Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr.(vtk, ) (Entered: 01/11/2006) |
| 01/12/2006 | 48 | Minute Entry for proceedings held before Judge Joaquin V.E. Manibusan Jr.:Initial Appearance and Arraignment as to Ji Sung Shin (2) Count 1,2,3,4,5,6 held on 1/12/2006. Defendant enters plea of Not Guilty to all charges in the indictment. Attorney Rawlen M.T. Mantanona for Ji Sung Shin added. Defendant remanded to the custody of the U.S. Marshals Service. (Court Reporter Wanda Miles.) (mba, ) (Entered: 01/13/2006) |
| 01/12/2006 | 49 | Appointment Order. Appointment of Rawlen M.T. Mantanona for Ji Sung Shin. Signed by Judge Joaquin V.E. Manibusan Jr. on 1/12/2006. (mba, ) (Entered: 01/13/2006) |
| 01/12/2006 | 50 | Trial Order. Jury Trial set for 3/8/2006 09:30 AM in 4th Floor Courtroom before District Judge James L. Robart. Pre-trial Motions due by 2/10/2006. Trial Documents due by 3/1/2006. Signed by Judge Joaquin V.E. Manibusan Jr. on 1/12/2006. (mba, ) (Entered: 01/13/2006) |
| 01/12/2006 | 51 | Order of Detention as to Ji Sung Shin. Signed by Judge Joaquin V.E. Manibusan Jr. on 1/12/2006. (mba, ) (Entered: 01/13/2006) |
| 01/13/2006 | 52 | Certificate of Service as to Ji Sung Shin re 49 Appointment Order, 50 Trial Order, 51 Order of Detention (mba, ) (Entered: 01/13/2006) |
| 01/17/2006 | 53 | CJA 20 Voucher issued to Rawlen M. Mantanona as to Ji Sung Shin, re 49 Appointment Order. (lth, ) (Entered: 01/17/2006) |
| 01/17/2006 | 54 | CJA 21 Voucher issued to Rawlen M. Mantanona as to Ji Sung Shin re 49 Appointment Order. (lth, ) (Entered: 01/17/2006) |
| 01/17/2006 | 55 | Certificate of Service as to Ji Sung Shin re 53 CJA 20 Voucher, 54 CJA 21 Voucher (lth, ) (Entered: 01/17/2006) |
| 02/09/2006 | 56 | Motion to Withdraw as Attorney by Rawlen M.T. Mantanona as to Ji Sung Shin. (mba, ) (Entered: 02/09/2006) |
| | | |

| | | |
|---|---|---|
| 02/09/2006 | 57 | Memorandum in Support re 56 Motion to Withdraw as Attorney by Rawlen M.T. Mantanona. (mba, ) (Entered: 02/09/2006) |
| 02/09/2006 | 58 | Certificate of Service as to Ji Sung Shin re 56 Motion to Withdraw as Attorney by Rawlen M.T. Mantanona, 57 Memorandum in Support and Notice of Hearing re Motion to Withdraw (mba, ) (Entered: 02/09/2006) |
| 02/13/2006 | 59 | Statement Adopting Findings of Presentence Report, and Motion for a One-Level Departure by USA as to Kwang Ho Park. (mba, ) (Entered: 02/13/2006) |
| 02/15/2006 | 60 | Order granting 56 Motion to Withdraw as Attorney by Rawlen M.T. Mantanona as to Ji Sung Shin. Attorney William Leon Gavras appointed to represent the defendant. Attorney Rawlen M.T. Mantanona terminated as attorney for defendant. The Court notes that trial is presently set to commence 03/08/2006. Court hereby sets a Status Conference for 2/21/2006 at 09:30 AM in 4th Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr.. Signed by Judge Joaquin V.E. Manibusan Jr. on 2/15/2006. (mba, ) **Modified on 2/16/2006 to add to docket text** (mba, ). (Entered: 02/15/2006) |
| 02/17/2006 | 61 | Certificate of Service as to Ji Sung Shin re 60 Order granting 56 Motion to Withdraw as Attorney (mba, ) (Entered: 02/17/2006) |
| 02/21/2006 | 62 | Minute Entry for proceedings held before Judge Joaquin V.E. Manibusan Jr.:Status Conference as to Ji Sung Shin held on 2/21/2006. The Court found that the ends of justice will be served by granting a continuance and the continuance outweighs the best interest of the public and the defendant in a speedy trial. Trial set for 05/09/2006 at 9:00 a.m. (Start Time: 10:24:26, End Time: 10:33:36.) (mba, ) (Entered: 02/21/2006) |
| 02/22/2006 | 63 | Amended Trial Order. Jury Trial set for 5/9/2006 at 09:00 AM in 4th Floor Courtroom before District Judge John C. Coughenour. Pre-trial Motions due by 4/17/2006. Trial Documents due by 5/2/2006. The period of delay between 2/15/2006 and 5/9/2006, inclusive, is hereby excluded for purposes of the Speedy Trial Act. Signed by Judge Joaquin V.E. Manibusan Jr. on 2/22/2006. (mba, ) (Entered: 02/22/2006) |
| 02/23/2006 | 64 | Motion to Unseal Case by USA as to Kwang Ho Park, Ji Sung Shin, Tae Won Hong, Young Chul Yoon, Dong Kyu Yu. (mba, ) (Entered: 02/23/2006) |
| 02/23/2006 | 65 | Certificate of Service as to Ji Sung Shin re 63 Amended Trial Order (mba, ) (Entered: 02/23/2006) |
| 02/23/2006 | 66 | CJA 20 Voucher issued to William L. Gavras as to Ji Sung Shin re 60 Order granting Motion to Withdraw (lth, )**Modified on 2/23/2006 to correct docket text**(lth, ). (Entered: 02/23/2006) |
| 02/23/2006 | 67 | CJA 21 Voucher issued to William L. Gavras as to Ji Sung Shin re 60 Order granting Motion to Withdraw (lth, ) (Entered: 02/23/2006) |
| 02/27/2006 | 68 | Certificate of Service as to Ji Sung Shin re 66 CJA 20 Voucher, 67 CJA 21 Voucher (lth, ) (Entered: 02/27/2006) |
| 02/27/2006 | 69 | Order granting 64 Motion to Unseal Case as to Kwang Ho Park (1), Ji Sung Shin (2), Tae Won Hong (3), Young Chul Yoon (4), Dong Kyu Yu (5). Signed by Judge Joaquin V.E. Manibusan Jr. on 2/27/2006. (mba, ) (Entered: 02/27/2006) |
| 03/01/2006 | 70 | Stipulation of Parties to Continue Sentencing Date by USA as to Kwang Ho Park. (lth, ) (Entered: 03/01/2006) |
| 03/03/2006 | 71 | Order granting 70 Stipulation of Parties to Continue Sentencing Date as to Kwang Ho Park (1). Sentencing previously set for 3/15/2006 at 9:00 a.m. is continued to 6/7/2006 09:00 AM in 4th Floor Courtroom before District Judge John A. Houston. Signed by Judge Joaquin V.E. Manibusan Jr. on 3/3/2006. (mba, ) (Entered: 03/03/2006) |
| 03/22/2006 | 72 | Motion to Withdraw as Attorney and Declaration of William L. Gavras as to Ji Sung Shin. (mba, ) (Entered: 03/22/2006) |
| 03/27/2006 | 73 | Order granting 72 Motion to Withdraw as Attorney as to Ji Sung Shin by William L. Gavras. Attorney Stephen P. Hattori appointed. Status Conference set for 3/30/2006 at 10:45 AM in 4th Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr. to discuss the scheduled trial date of 05/09/2006. Signed by Judge Joaquin V.E. Manibusan Jr. on 3/27/2006. (mba, ) **Modified on 3/29/2006 to edit docket text** (mba, ). (Entered: 03/27/2006) |
| 03/28/2006 | 74 | Certificate of Service as to Ji Sung Shin re 73 Order granting 72 Motion to Withdraw as Counsel |

| | | |
|---|---|---|
| | | of Record (mba, ) (Entered: 03/28/2006) |
| 03/30/2006 | 75 | Ex Parte Application to Withdraw From Case filed by Stephen P. Hattori as to Ji Sung Shin. (mba, ) **Modified on 3/31/2006 to correct docket text** (mba, ). (Entered: 03/30/2006) |
| 03/30/2006 | 76 | Minute Entry for proceedings held before Judge Joaquin V.E. Manibusan Jr.:Status Conference as to Ji Sung Shin held on 3/30/2006. The Court addressed Mr. Hattori's 75 Ex Parte Motion to Withdraw. The Court denied the motion to withdraw and continued the status conference. Status Conference continued to 4/6/2006 at 10:45 AM in 3rd Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr.. (Court Reporter Wanda Miles.) (mba, ) (Entered: 03/30/2006) |
| 03/30/2006 | | Set/Reset Hearings as to Ji Sung Shin: Status Conference continued to 4/6/2006 at 10:45 AM in 4th Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr.. (mba, ) (Entered: 03/30/2006) |
| 04/06/2006 | 77 | Minute Entry for proceedings held before Judge Joaquin V.E. Manibusan Jr.:Status Conference as to Ji Sung Shin held on 4/6/2006. Defense counsel requested additional time to review the case and to adequately prepare for trial. The Court granted the motion and found that the ends of justice is served and outweighs the best interest of the public and the defendant in a speedy trial by allowing counsel for the defendant reasonable time to effectively prepare for trial. Court sets trial for 7/24/2006 at 1:30 p.m. (Start Time: 10:55:48, End Time: 11:02:02.) (mba, ) (Entered: 04/07/2006) |
| 04/06/2006 | 78 | Second Amended Trial Order. Jury Trial set for 7/24/2006 at 01:30 PM in 4th Floor Courtroom before District Judge James Ware. Pre-trial Motions due by 6/6/2006. Trial Documents due by 7/17/2006. Signed by Judge Joaquin V.E. Manibusan Jr. on 4/6/2006. (mba, ) (Entered: 04/07/2006) |
| 04/07/2006 | 79 | Certificate of Service as to Ji Sung Shin re 78 Second Amended Trial Order. (mba, ) (Entered: 04/07/2006) |
| 04/10/2006 | 80 | Amended Certificate of Service as to Ji Sung Shin re 78 Second Amended Trial Order. (mba, ) (Entered: 04/10/2006) |
| 05/17/2006 | 81 | Motion to Substitute Attorney filed by Ji Sung Shin. (mba, ) (Entered: 05/17/2006) |
| 05/19/2006 | 82 | Order granting 81 Motion to Substitute Attorney. David J. Highsmith replacing Stephen P. Hattori as to Ji Sung Shin (2). Signed by Judge Joaquin V.E. Manibusan Jr. on 5/19/2006. (mba, ) (Entered: 05/19/2006) |
| 06/02/2006 | 83 | Stipulated Motion to Continue Sentencing Date by USA as to Kwang Ho Park. (lth, ) (Entered: 06/02/2006) |
| 06/05/2006 | 84 | Order granting 83 Stipulated Motion to Continue Sentencing Date as to Kwang Ho Park (1). Sentencing presently set for 6/7/2006 is continued to 8/15/2006 at 09:30 AM in 4th Floor Courtroom before Chief Judge Consuelo Bland Marshall. Signed by Judge Joaquin V.E. Manibusan Jr. on 6/5/2006. (mba, ) (Entered: 06/05/2006) |
| 06/23/2006 | 85 | Stipulated Motion to Continue Sentencing Date by USA as to Kwang Ho Park. (mlt, ) (Entered: 06/23/2006) |
| 06/23/2006 | 86 | Stipulation to Continue Sentencing Date by USA as to Kwang Ho Park. (rmm, ) (Entered: 06/26/2006) |
| 06/26/2006 | 87 | Order granting 85 Stipulated Motion to Continue Sentencing Date as to Kwang Ho Park (1). Sentencing previously set for 8/15/2006 is hereby continued to 9/19/2006 at 09:30 AM in 4th Floor Courtroom before District Judge Morrison C England Jr. Signed by Judge Joaquin V.E. Manibusan Jr. on 6/26/2006. (vtk, ) (Entered: 06/26/2006) |
| 07/06/2006 | | Request for Hearing as to Ji Sung Shin : Plea Agreement Hearing set for 7/7/2006 at 10:30 AM in 4th Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr.(vtk, ) **Modified on 7/6/2006 to reflect correct hearing date and time** (vtk, ). (Entered: 07/06/2006) |
| 07/06/2006 | 88 | Plea Agreement as to Ji Sung Shin. (mlt, ) (Entered: 07/06/2006) |
| 07/07/2006 | 89 | Minute Entry for proceedings held before Judge Joaquin V.E. Manibusan Jr.:Plea Agreement Hearing as to Ji Sung Shin held on 7/7/2006. Guilty plea entered to Count 5. Presentence Report due to parties by 8/30/2006 and due to Court by 10/9/2006. Sentencing set for 10/25/2006 at 09:30 AM in 4th Floor Courtroom before Unassigned. Defendant to remain in the custody of the |

| | | |
|---|---|---|
| | | U.S. Marshals Service. (Court Reporter Wanda Miles.) (vtk, ) (Entered: 07/07/2006) |
| 07/07/2006 | | Set/Reset Deadlines as to Ji Sung Shin: Presentence Report due to Court by 10/9/2006. (vtk, ) (Entered: 07/07/2006) |
| 07/07/2006 | 90 | Consent To Rule 11 Plea Under a Felony Case Before US Magistrate Judge (re 88 Plea Agreement) filed by Ji Sung Shin. (vtk, ) (Entered: 07/07/2006) |
| 07/07/2006 | 91 | Report and Recommendations as to Ji Sung Shin (Related Document: 90 Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge). Objections to R&R due by 7/24/2006 (vtk, ) (Entered: 07/07/2006) |
| 07/14/2006 | 92 | Certificate of Service as to Ji Sung Shin re 90 Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge, 91 Report and Recommendations (mlt, ) (Entered: 07/14/2006) |
| 08/02/2006 | 93 | Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing (re 91 Report and Recommendations) as to Ji Sung Shin. Sentencing set for 10/25/2006 09:30 AM in 4th Floor Courtroom before Unassigned. Signed by Judge James Ware on 8/1/2006. (mlt, ) (Entered: 08/03/2006) |
| 08/09/2006 | 94 | Certificate of Service as to Ji Sung Shin re 93 Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing. (mlt, ) (Entered: 08/09/2006) |
| 09/06/2006 | 95 | Statement Adopting Findings of Presentence Report and Motion for a One-Level Departure filed by USA as to Ji Sung Shin. (lth, ) (Entered: 09/06/2006) |
| 09/19/2006 | 100 | Minute Entry for proceedings held before Judge Morrison C. England, Jr.:Sentencing held on 9/19/2006 for Kwang Ho Park (1), Count(s) 11, 12, 14, 15, 16, 17, 3, 4, 6, 7, Dismissed; Count(s) 2, Defendant sentenced to 60 months imprisonment with credit for time served; 5 years supervised release; $100.00 Special Assessment Fee; Fine waived. Government's motions for downward departure granted re: 59 Motion for One-Level Departure. Government's oral motion for a 60 day stay of execution of sentence granted. Defendant shall self-surrender to Bureau of Prisons upon designation no later than 11/20/2006 at 2:00 p.m. If designation is not received by 11/20/2006, defendant shall self-surrender to the U.S. Marshals Service on Guam on or before 11/20/2006 at 2:00 p.m. All previous release conditions imposed remain in full force and effect. (vtk, ) (Entered: 09/19/2006) |
| 09/21/2006 | 101 | Judgment as to Kwang Ho Park (1), Count(s) 11, 12, 14, 15, 16, 17, 3, 4, 6, 7, Dismissed; Count (s) 2, Defendant sentenced to 60 months imprisonment with credit for time served; 5 years supervised release; $100.00 Special Assessment Fee; Fine waived. Signed by Judge Morrison C England Jr. on 9/21/2006. (vtk, ) (Entered: 09/21/2006) |
| 09/21/2006 | 102 | ** SEALED Document Pursuant to E-Government Act of 2002 ** Judgment as to Kwang Ho Park. (vtk, ) (Entered: 09/21/2006) |
| 09/21/2006 | 103 | Notice of Entry re 101 Judgment, [102] ** SEALED Document Pursuant to E-Government Act of 2002 ** Judgment. (vtk, ) (Entered: 09/21/2006) |
| 09/26/2006 | | Court Certificate of Service as to Kwang Ho Park re, 101 Judgment - USPO acknowledged receipt on 9/25/06, USMS acknowledged receipt on 9/22/06, [102] ** SEALED Document Pursuant to E-Government Act of 2002 ** Judgment - USAO acknowledged receipt on 9/22/06, Howard Trapp's Office acknowledged receipt on 9/22/06, USPO acknowledged receipt on 9/25/06, 103 Notice of Entry - USAO acknowledged receipt on 9/22/06, Howard Trapp's Office acknowledged receipt on 9/22/06. (vtk, ) (Entered: 09/26/2006) |
| 10/24/2006 | | Set/Reset Hearings as to Ji Sung Shin: Sentencing set for 10/25/2006 at 09:00 AM in 4th Floor Courtroom before District Judge Larry A. Burns. (lth, ) (Entered: 10/24/2006) |
| 10/25/2006 | | Judge update in case as to Ji Sung Shin. Judge Larry A. Burns added. Judge Unassigned no longer assigned to case. (lth, ) (Entered: 10/26/2006) |
| 10/25/2006 | 105 | Judgment as to Ji Sung Shin (2), Count(s) 1, 2, 3, 4, 6, Dismissed; Count(s) 5, Defendant sentenced to 48 months imprisonment, with credit for time served; 1 year supervised release; $100.00 special assessment fee; all fines waived . Signed by Judge Larry A. Burns on 10/25/2006. (lth, ) (Entered: 10/26/2006) |
| 10/25/2006 | 106 | ** SEALED Document Pursuant to E-Government Act of 2002 ** Judgment as to Ji Sung Shin. (lth, ) (Entered: 10/26/2006) |

| | | |
|---|---|---|
| 10/26/2006 | 104 | Minute Entry for proceedings held before Judge Larry A. Burns :Sentencing held on 10/25/2006 for Ji Sung Shin (2), Count(s) 1, 2, 3, 4, 6, Dismissed; Count(s) 5, Defendant sentenced to 48 months imprisonment, with credit for time served; 1 year supervised release; $100.00 special assessment fee; all fines waived. Government's oral Motion to Dismiss Counts 1 thru 4 and 6 and 95 Motion for Downward Departure were granted. Defendant remanded to the custody of the U.S. Marshals Service. (Court Reporter Wanda Miles.)(Start Time: 9:03:08, End Time: 9:17:25.) (lth, ) **Modified on 10/27/2006 to edit docket text (vtk, )** (Entered: 10/26/2006) |
| 10/26/2006 | 107 | Notice of Entry re 105 Judgment, [106] ** SEALED Document Pursuant to E-Government Act of 2002 ** Judgment (lth, ) (Entered: 10/26/2006) |
| 11/01/2006 | 108 | Notice of Appeal filed by Ji Sung Shin re 105 Judgment. (mba, ) (Entered: 11/01/2006) |
| 11/01/2006 | 109 | Order for Time Schedule. Transcript Order Form due by 12/1/2006. Court Reporter Transcript due by 12/31/2006. (Related document: 108 Notice of Appeal). (mba, ) (Entered: 11/01/2006) |
| 11/02/2006 | | Appeal packet forwarded to Ninth Circuit Court of Appeals on 11/2/2006 as to Ji Sung Shin. (mba, ) (Entered: 11/02/2006) |
| 11/02/2006 | | Court Certificate of Service as to Ji Sung Shin re 105 Judgment - USAO acknowledged receipt on 10/26/2006, David Highsmith's office acknowledged receipt on 10/26/2006, USPO acknowledged receipt on 10/26/2006, USMS acknowledged receipt on 11/02/2006, [106] *SEALED* Document Pursuant to E-Government Act of 2002 ** - USAO acknowledged receipt on 10/26/2006, David Highsmith's office acknowledged receipt on 10/26/2006, USPO acknowledged receipt on 10/26/2006, 107 Notice of Entry - USAO acknowledged receipt on 10/26/2006, David Highsmith's office acknowledged receipt on 10/26/2006. (rsn, ) (Entered: 11/02/2006) |
| 11/03/2006 | 110 | Amended Order for Time Schedule. Transcript Order Form now due by 11/22/2006. Court Reporter Transcript now due by 12/22/2006. (Related documents: 109 Order for Time Schedule, 108 Notice of Appeal). (mba, ) (Entered: 11/03/2006) |
| 11/09/2006 | 111 | Stipulated Motion to Continue Stay of Execution of Sentence filed by USA as to Kwang Ho Park. (lth, ) (Entered: 11/09/2006) |
| 11/13/2006 | 114 | Order granting 111 Motion to Continue Stay of Execution of Sentence as to Kwang Ho Park (1). Signed by Judge Frances M. Tydingco-Gatewood on 11/13/2006. (lth, ) (Entered: 11/13/2006) |
| 11/29/2006 | 115 | Transcript Order Form filed by Ji Sung Shin for proceedings held on 10/25/2006 before Judge Larry A. Burns. (mlt, ) (Entered: 11/30/2006) |
| 12/01/2006 | 116 | USCA Case Number 06-10697 as to Ji Sung Shin re 108 Notice of Appeal. (mba, ) (Entered: 12/01/2006) |
| 12/28/2006 | 117 | Transcript filed as to Ji Sung Shin for date of 10/25/2006 before Judge Larry A. Burns, Court Reporter: Wanda Miles. (Related document: 108 Notice of Appeal) (lth, ) (Entered: 12/28/2006) |
| 12/29/2006 | 118 | Certificate of Record forwarded to Ninth Circuit Court of Appeals as to Ji Sung Shin re 108 Notice of Appeal. (mba, ) (Entered: 12/29/2006) |
| 01/12/2007 | 120 | Motion to File Justification Memorandum Under Seal filed by USA as to Kwang Ho Park. (mlt, ) (Entered: 01/16/2007) |
| 01/12/2007 | 121 | *SEALED* Justification for Continuing Stay of Execution of Sentence filed by USA as to Kwang Ho Park. (mlt, ) (Entered: 01/16/2007) |
| 01/17/2007 | 122 | Order granting [120] Motion to File Justification Memorandum Under Seal as to Kwang Ho Park (1). Signed by Judge Frances M. Tydingco-Gatewood on 1/17/2007. (mlt, ) (Entered: 01/18/2007) |
| 01/17/2007 | 123 | Order granting [119] Stipulated Motion to Continue Stay of Execution of Sentence as to Kwang Ho Park (1). The surrender date is continued from 1/20/2007 to 3/20/2007. Signed by Judge Frances M. Tydingco-Gatewood on 1/17/2007. (mlt, ) (Entered: 01/18/2007) |
| 01/18/2007 | 124 | Motion to File Justification Memorandum Under Seal and to Withdraw Previous Motion re [120] Motion to File Justification Memorandum Under Seal filed by USA as to Kwang Ho Park. (mlt, ) (Entered: 01/19/2007) |
| 01/19/2007 | 125 | USCA Order re 108 Notice of Appeal as to Ji Sung Shin. David J. Highsmith's leave to withdraw as counsel is granted. The district court shall provide Ninth Circuit Court of Appeals with the name and address of appointed counsel within 14 days of locating counsel. (mba, ) (Entered: |

| | | |
|---|---|---|
| | | 01/19/2007) |
| 01/22/2007 | 126 | Appointment Order. Appointment of Louie J. Yanza as to Ji Sung Shin (Related document: 125 USCA Order). Signed by Judge Joaquin V.E. Manibusan Jr. on 1/19/2007. (mba, ) (Entered: 01/22/2007) |
| 01/22/2007 | | Court Certificate of Service as to Ji Sung Shin re 126 Appointment Order - USAO acknowledged receipt on 1/22/2007, Louie J. Yanza acknowledged receipt on 1/22/2007. (mba, ) (Entered: 01/22/2007) |
| 01/26/2007 | 127 | Order - The Clerk of Court is directed to file under seal Docket No. 119 nunc pro tunc to 1/12/2007. The motion filed 1/18/2007 (Docket No. 124) is denied as moot. Signed by Judge Joaquin V.E. Manibusan Jr. on 1/26/2007. Related document 124 Motion to File Justification Memorandum Under Seal and to Withdraw Previous Motion. (mlt, ) (Entered: 01/29/2007) |
| 02/12/2007 | 128 | USCA Order as to Ji Sung Shin re 108 Notice of Appeal (Related douments: 125 USCA Order, 126 Appointment Order.) The motion of Louie J. Yanza to withdraw as counsel is granted. The district court shall provide Ninth Circuit Court of Appeals with the name and address of appointed counsel within 14 days of locating counsel.(mba, ) (Entered: 02/12/2007) |
| 02/12/2007 | 129 | Appointment Order. Appointment of Cynthia V. Ecube for Ji Sung Shin aka James Shin re 128 USCA Order (Related document: 108 Notice of Appeal). Signed by Judge Joaquin V.E. Manibusan Jr. on 2/12/2007. (mba, ) (Entered: 02/12/2007) |
| 02/15/2007 | | Court Certificate of Service as to Ji Sung Shin re 129 Appointment Order, Cynthia V. Ecube acknowledged receipt on 2/15/2007. (wmt, ) (Entered: 02/15/2007) |
| 02/15/2007 | | Court Certificate of Service as to Ji Sung Shin re 128 USCA Order, USAO acknowledged receipt on 2/12/2007, Louie J. Yanza acknowledged receipt on 2/12/2007, Cynthia V. Ecube acknowledged receipt on 2/15/2007. (wmt, ) (Entered: 02/15/2007) |
| 03/14/2007 | 130 | CJA 20 Voucher issued to Louie J. Yanza as to Ji Sung Shin, re 126 Appointment Order. (lth, ) (Entered: 03/14/2007) |
| 03/14/2007 | 131 | CJA 20 Voucher issued to Cynthia V. Ecube as to Ji Sung Shin, re 129 Appointment Order. (lth, ) (Entered: 03/14/2007) |
| 03/14/2007 | 132 | CJA 21 Voucher issued to Cynthia V. Ecube as to Ji Sung Shin, re 129 Appointment Order. (lth, ) (Entered: 03/14/2007) |
| 03/14/2007 | 133 | CJA 24 Voucher issued to Cynthia V. Ecube as to Ji Sung Shin, re 129 Appointment Order. (lth, ) (Entered: 03/14/2007) |
| 03/16/2007 | | Court Certificate of Service as to Ji Sung Shin re 130 CJA 20 Voucher - Louie J. Yanza's office acknowledged receipt on 3/15/2007. (lth, ) (Entered: 03/16/2007) |
| 03/16/2007 | | Court Certificate of Service as to Ji Sung Shin re 131 CJA 20 Voucher, 132 CJA 21 Voucher, 133 CJA 24 Voucher - Cynthia V. Ecube's office acknowledged receipt on 3/15/2007. (lth, ) (Entered: 03/16/2007) |
| 03/16/2007 | 134 | Stipulated Motion to Continue Stay of Execution of Sentence filed by USA as to Kwang Ho Park. (mlt, ) (Entered: 03/19/2007) |
| 03/16/2007 | 135 | Motion to File Justification Memorandum Under Seal filed by USA as to Kwang Ho Park. (mlt, ) (Entered: 03/19/2007) |
| 03/16/2007 | 136 | *SEALED* Justification for Continuing Stay of Execution of Sentence filed by USA as to Kwang Ho Park. (mlt, ) (Entered: 03/19/2007) |
| 03/19/2007 | 137 | Order granting 135 Motion to File Justification Memorandum Under Seal as to Kwang Ho Park (1). Signed by Judge Frances M. Tydingco-Gatewood on 3/19/2007 nunc pro tunc to 3/16/2007. (mlt, ) (Entered: 03/19/2007) |
| 03/19/2007 | 138 | Order granting 134 Stipulated Motion to Continue Stay of Execution of Sentence as to Kwang Ho Park (1). The surrender date is continued from 3/20/2007 to 6/20/2007. Signed by Judge Frances M. Tydingco-Gatewood on 3/19/2007. (mlt, ) (Entered: 03/19/2007) |
| 04/17/2007 | 139 | Judgment Returned Executed on 01/12/2007 as to Ji Sung Shin. (mba, ) (Entered: 04/17/2007) |

| 04/20/2007 | 140 | USCA Order as to Ji Sung Shin re 108 Notice of Appeal. (Related documents 128 USCA Order, 129 Appointment Order). The motion of Cynthia V. Ecube to withdraw as counsel is granted. The district court shall provide Ninth Circuit Court of Appeals with the name and address of appointed counsel within 14 days of locating counsel. (mba, ) (Entered: 04/20/2007) |
| --- | --- | --- |
| 04/27/2007 | 141 | Appointment Order. Appointment of Jehan'ad G. Martinez for Ji Sung Shin aka James Shin *nunc pro tunc* to 4/25/2007. Signed by Judge Joaquin V.E. Manibusan Jr. on 4/27/2007. (mba, ) (Entered: 04/27/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/27/2007 16:33:29 | | | |
| PACER Login: | us7915 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:01-cr-00083 |
| Billable Pages: | 13 | Cost: | 1.04 |