# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Appellee, ) <br> ) <br> - vs - ) <br> ) <br> JI SUNG SHIN aka JAMES SHIN, ) <br> ) <br> Appellant. ) <br> _____) | C.A. #06-10697 <br> D.C. #CR-01-00083-002-LAB <br><br> CLERK'S CERTIFICATE <br> OF TRANSMITTAL |

UNITED STATES OF AMERICA
DISTRICT COURT OF GUAM

I, Jeanne G. Quinata, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Rule 11 of the Federal Rules of Appellate Procedure Section (a) and (b) for the United States Court of Appeals, I am transmitting herein to the United States Court of Appeals for the Ninth Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 27th day of November, 2007.

JEANNE G. QUINATA
CLERK, DISTRICT COURT OF GUAM

By: _Marilyn B. Alcon_
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA, )
)
Appellee, ) C.A. #06-10697
) D.C. #CR-01-00083-002-LAB
- vs - )
)
JI SUNG SHIN aka JAMES SHIN, )
)
Appellant. )
_____ )

RECORD ON APPEAL

FROM THE TERRITORY OF GUAM

RECORD ON APPEAL
(Documents 1 through 41; Documents 42 through 164 available on PACER)

REPORTER'S TRANSCRIPTS
(Document 117)

THE HONORABLE LARRY A. BURNS

<u>NAMES AND ADDRESSES OF ATTORNEYS OF RECORD</u>

Karon V. Johnson
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Jehan'ad G. Martinez
Blair, Sterling, Johnson, Martinez
  and Leon Guerrero
Pacific News Building, Ste. 1008
238 Archbishop Flores St.
Hagatna, Guam 96910