August 12, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**District Court/Agency:** **USDC Guam**
**Lower Court Number:** CR-01-00083-MCE
**Appeal Number:** 06-10697
**Short Title:** USA v. Shin

**Volumes**

**Clerk's Records in:** 1          0   **Certified Copy(ies)**

**Reporters Transcripts in:** 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |

**Other:**

**FILED**
DISTRICT COURT OF GUAM

AUG 1 9 2008

JEANNE G. QUINATA
Clerk of Court

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

7006 2760 0004 2804 4145

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 2760 0004 2804 4145

Clerk, U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103

**U.S. DISTRICT COURT, GUAM**
4th Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagatna, Guam 96910



RECEIVED

AUG 19 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM